UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SIEMENS ELECTRICAL, LLC, f/k/a SCHLESINGER SIEMENS ELECTRICAL, LLC,<br><br>Plaintiff<br><br>v.<br><br>PINNACLE WIRELESS, INC.,<br><br>Defendant. | Civil Action No 18-00778 (ES) (MAH)<br><br>*Document Electronically Filed*<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE |

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their undersigned counsel, that the above-captioned action is voluntarily dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: April 18, 2019

s/ _____
Peter J. Torcicollo, Esq.
J. Brugh Lower, Esq.
Kate E. Janukowicz, Esq.
GIBBONS P.C.
One Gateway Center
Newark, NJ 07102-5310
(973) 596-4500
pjtorcicollo@gibbonslaw.com
jlower@gibbonslaw.com
kjanukowicz@gibbonslaw.com

Steven R. Lindemann, Esq. *(pro hac vice)*
Andrew J. Glasnovich, Esq. *(pro hac vice)*
STINSON LEONARD STREET LLP
50 South Sixth Street
Minneapolis, MN 55402
(612) 335-1150
steve.lindemann@stinson.com
drew.glasnovich@stinson.com

*Attorneys for Plaintiff*
*Siemens Electrical, LLC*

Dated: April 8, 2019

s/ _____
Mitchell R. Edwards, Esq.
Hinckley, Allen & Snyder LLP
100 Westminster Street, Suite 1500
Providence, RI 02903-2319
Telephone: (401) 274-2000
Facsimile: (401) 277-9600
medwards@hinckleyallen.com

James J. Barriere, Esq.
(admitted *pro hac vice*)
Hinckley, Allen & Snyder LLP
30 South Pearl Street, Suite 901
Albany, New York 12207
Telephone: (518) 396-3120
Facsimile: (518) 396-3101
jbarriere@hinckleyallen.com

*Attorneys for Defendant*
*Pinnacle Wireless, Inc.*

SO ORDERED.

_____
Esther Salas, U.S.D.J.

Dated: April 22, 2019